IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 12-CV-22713-SEITZ/SIMONTON

ALEIXO ESTIBEIRO,

    Plaintiff,

v.

CARNIVAL CORPORATION.

    Defendant.
_____/

## NOTICE OF FILING ORDER OF THE SUPREME COURT OF BERMUDA

Defendant, Carnival Corporation, hereby files this Notice of Filing the Order of the Supreme Court of Bermuda.

1.    Previously, Defendant appointed Mr. Delroy Duncan of the Bermuda Bar as its party appointed arbitrator.

2.    Plaintiff in turn appointed the retired Hon. Juan Ramirez as his party appointed arbitrator.

3.    Pursuant to Bermuda law, if there is no agreement between the parties on the third arbitrator, the third arbitrator is appointed by a Judge of the Supreme Court of Bermuda.

4.    On March 26, 2013, the Chief Justice of the Supreme Court of Bermuda appointed Geoffrey Bell QC as the third arbitrator. *See* Exhibits 1 and 2.

Dated:  March 26, 2013
          Miami, Florida

                              Respectfully submitted:

                              **MALTZMAN & PARTNERS, P.A.**

BY: /s/ *Steve Holman*
Jeffrey B. Maltzman
Florida Bar No. 0048860
jeffreym@maltzmanpartners.com
Steve Holman
Florida Bar No. 547840
steveh@maltzmanpartners.com
55 Miracle Mile, Suite 320
Coral Gables, Florida 33134
Tel: 305-779-5665 / Fax: 305-779-5664

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 26th day of March 2013. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s/ *Steve Holman*

**SERVICE LIST**

CASE NO.: 12-CV-22713-SEITZ/SIMONTON

| | |
|---|---|
| Ervin A. Gonzalez, Esq. | Jeffrey B. Maltzman, Esq. |
| ervin@colson.com | jeffreym@maltzmanpartners.com |
| Colson Hicks, et al. | Steve Holman, Esq. |
| 255 Alhambra Circle, Penthouse | steveh@maltzmanpartners.com |
| Coral Gables, FL 33134 | Maltzman & Partners, P.A. |
| Telephone: 305-476-7400 | 55 Miracle Mile, Suite 320 |
| Fax: 305-476-7444 | Coral Gables, Florida 33134 |
| *Attorneys for Plaintiff* | Telephone: 305-779-5665 |
| | Fax: 305-779-5664 |
| | *Attorneys for Defendant* |